<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Dealer Sales Solutions LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-3304358 | |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **4563 Judge Road**<br>**Ste 100**<br>**Orlando, FL 32812**<br>Number, Street, City, State & ZIP Code | **3241 Eagle View Cove**<br>**Sanford, FL 32773**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.dealersalessolutions.com** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor  **Dealer Sales Solutions LLC**                                          Case number (*if known*) _____
           Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    5013

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   **Dealer Sales Solutions LLC**                                    Case number (*if known*) _____
         Name

**10.  Are any bankruptcy cases**          ■ No
**pending or being filed by a**            ☐ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,     Debtor _____        Relationship _____
attach a separate list              District _____  When _____  Case number, if known _____

**11.  Why is the case filed in**    *Check all that apply:*
***this district?***
                ■       Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                ☐       A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**      ■ No
**have possession of any**           ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**                    **Why does the property need immediate attention?** (*Check all that apply.*)

                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                            What is the hazard? _____

                        ☐ It needs to be physically secured or protected from the weather.

                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                           livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                        ☐ Other _____

                        **Where is the property?** _____
                                                  Number, Street, City, State & ZIP Code

                        **Is the property insured?**

                        ☐ No

                        ☐ Yes.    Insurance agency _____

                                  Contact name _____

                                  Phone _____

■■■  **Statistical and administrative information**

**13.  Debtor's estimation of**      .     *Check one:*
**available funds**
                ■ Funds will be available for distribution to unsecured creditors.

                ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ■ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000
**creditors**                    ☐ 50-99                   ☐ 5001-10,000           ☐ 50,001-100,000
                                 ☐ 100-199                 ☐ 10,001-25,000         ☐ More than100,000
                                 ☐ 200-999

**15.  Estimated Assets**        ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                 ■ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Debtor     **Dealer Sales Solutions LLC**                                    Case number (*if known*)
           Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Dealer Sales Solutions LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 11, 2024**
                MM / DD / YYYY

**X** **/s/ Daniel A. Rowland**                     **Daniel A. Rowland**
Signature of authorized representative of debtor     Printed name

Title     **CEO**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Ainsworth**                 Date **December 11, 2024**
Signature of attorney for debtor                       MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone     **407 894 6834**     Email address     **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Dealer Sales Solutions LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 11, 2024**   X */s/ Daniel A. Rowland*
_____
Signature of individual signing on behalf of debtor

**Daniel A. Rowland**
_____
Printed name

**CEO**
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Dealer Sales Solutions LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 6031 Carol Stream, IL 60197 | | Credit card | | | | $378,183.11 |
| Beck Automotive 256 Hwy 17 North Palatka, FL 32177 | | trade debt | Contingent | | | $417,827.30 |
| Capital One PO Box 6031 Carol Stream, IL 60197 | | Credit Card | | | | $137,992.00 |
| Capital One PO Box 6031 Carol Stream, IL 60197 | | Credit Card | | | | $130,856.00 |
| Coggin Deland Honda 4365 River Green Parkway Suite 100 Duluth, GA 30096 | | trade debt | | | | $134,467.53 |
| Coggin Toyota at The Avenues 11340 Phillips Highway Jacksonville, FL 32256 | | trade debt | | | | $23,635.51 |
| DHL eCommerce 2700 South Commerce Parkway Suite 300 Fort Lauderdale, FL 33331 | | trade debt | | | | $22,661.61 |
| Gettel Porsche of Ocala 5959 State Road 64 Bradenton, FL 34208 | | trade debt | | | | $17,667.49 |

| Debtor | **Dealer Sales Solutions LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Internal Revenue Service** Philadelphia, PA 19255-0030 | | **Payroll taxes** | | | | **$99,016.00** |
| **Pro Billing Services LLC** 1230 Oakes Blvd Naples, FL 34119 | | **Trade debt** | | | | **$462,958.32** |
| **Regents Capital Corporation** PO Box 2146 Gig Harbor, WA 98335 | | **Pac Jacket Siemens Automated Packaging System w/Model 252 Label Applicator S/N: 1121016** | | **$111,000.00** | **$25,000.00** | **$86,000.00** |
| **Sellersfunding Corp** 1290 Weston Rd #306 Fort Lauderdale, FL 33326 | | **MCA** | **Unliquidated** | | | **$338,000.00** |
| **Sport Mazda North** 400 N US Highway 17/92 Longwood, FL 32750 | | **trade debt** | | | | **$31,030.15** |
| **Staples** PO Box 105748 Atlanta, GA 30348-5748 | | **business debt** | | | | **$24,818.84** |
| **Starling Chevrolet (GMSO)** 13155 S Orange Bloosom Trail Orlando, FL 32837 | | **trade debt** | **Contingent** | | | **$101,130.94** |
| **Starling Honda** 1400 S Washington Avenue Titusville, FL 32780 | | **trade debt** | **Contingent** | | | **$43,940.30** |
| **The Imported Car Store (BMW)** 1432 S Harbor City Blvd. Melbourne, FL 32901 | | **trade debt** | **Contingent** | | | **$129,992.17** |
| **U.S. Small Business Loan** 409 3rd St SW Washington, DC 20416 | | **Blanket lien** | | **$145,251.00** | **$0.00** | **$145,251.00** |

Debtor **Dealer Sales Solutions LLC**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Uline**<br>**PO Box 88741**<br>**Chicago, IL**<br>**60680-1741** | | **trade debt** | | | | **$19,289.31** |
| **US Pack Parts**<br>**4563 Judge Raod**<br>**Suite 100**<br>**Orlando, FL 32812** | | **rent** | | | | **$22,436.63** |

**Fill in this information to identify the case:**

Debtor name    **Dealer Sales Solutions LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*................................................................................   $     0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................................   $     457,160.57

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................   $     457,160.57

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     326,045.82

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................................   $     99,273.10

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     2,465,285.93

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b        $     2,890,604.85

**Fill in this information to identify the case:**

Debtor name     **Dealer Sales Solutions LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Horizon** | **Checking Account** | **5510** | **$7,243.42** |
| 3.2. | **First Horizon** | **Checking** | **2073** | **$58,482.12** |
| 3.3. | **First Horizon** | **Checking Account** | **5559** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Funds held by Amazon (restraint notice issued by Sellersfunding Corp)** | **$121,000.00** |

5.     **Total of Part 1.**                                                                                          **$186,725.54**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Debtor  **Dealer Sales Solutions LLC**                      Case number *(If known)* _____
          Name

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

   8.1.   **Federated prepayment** _____          $25,000.00

9.      **Total of Part 2.**                                                                      $25,000.00
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:        **1,039.23**   -          **0.00**    = ....         $1,039.23
                                    face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                      $1,039.23
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** | | | | |
| 21.     **Finished goods, including goods held for resale** <br> **Inventory parts** | | $0.00 | | $157,157.80 |
| 22.     **Other inventory or supplies** <br> **Packing supplies** | | $0.00 | | $2,500.00 |

23.     **Total of Part 5.**                                                                      $159,657.80
        Add lines 19 through 22.  Copy the total to line 84.

Debtor   **Dealer Sales Solutions LLC**                          Case number *(If known)* _____
         Name

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and office equipment** | **$0.00** | | **$5,000.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                        | **$5,000.00** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| Debtor | **Dealer Sales Solutions LLC** | | Case number (If known) | |
| | Name | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  **2024 Nissan Frontier**<br>**VIN#1N6ED1CL0RN630426** | $0.00 | | $23,604.00 |
| 47.2.  **2022 Isuzu Van Box Truck**<br>**VIN#JALC4W166N7015994** | $0.00 | | Unknown |
| 47.3.  **2021 Mercedes Sprinter Van**<br>**VIN#W1Y4DCHY1MY045370** | $0.00 | | $20,000.00 |

**48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.    Aircraft and accessories**

**50.    Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| **Equipment, cabinets, compressor, shelving<br>units, Delta packaging desks, Delta packaging,<br>scale, trailers and misc. fixtures.** | $0.00 | | $10,000.00 |
| **Pac Jacket Siemens Automated Packaging<br>System w/Model 252 Label Applicator S/N:<br>1121016** | $0.00 | | $25,000.00 |

**51.    Total of Part 8.**

$78,604.00

Add lines 47 through 50.  Copy the total to line 87.

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    **Dealer Sales Solutions LLC**                                    Case number *(If known)* _____
          Name

| apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1.  **Commercial lease for premises located at 4563 Judge Road, Ste 100, Orlando, FL 32812** | Leasehold Interest | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                 | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** www.dealersalessolutions.com | $0.00 | | $1,134.00 |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                               | $1,134.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Dealer Sales Solutions LLC**_____    Case number *(If known)*_____
              Name

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

◼ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Dealer Sales Solutions LLC**                                    Case number *(If known)* _____
         Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $186,725.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,039.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $159,657.80 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $78,604.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,134.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $457,160.57 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $457,160.57 |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

---

**Fill in this information to identify the case:**

Debtor name  **Dealer Sales Solutions LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$23,604.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 8105**
**Cockeysville, MD 21030**

**2024 Nissan Frontier**
**VIN#1N6ED1CL0RN630426**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **First Horizon Bank** | **Describe debtor's property that is subject to a lien** | **$43,189.82** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Medical District**
**918 S. Orange Avenue**
**Orlando, FL 32806**

**2022 Isuzu Van Box Truck**
**VIN#JALC4W166N7015994**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/5/2022**

**Last 4 digits of account number**
**9648**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| | |
|---|---|
| Debtor | **Dealer Sales Solutions LLC** |
| | Name |

Case number (if known) _____

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Regents Capital Corporation** | | | $111,000.00 | $25,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 2146
Gig Harbor, WA 98335**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Pac Jacket Siemens Automated Packaging System w/Model 252 Label Applicator S/N: 1121016**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **U.S. Small Business Loan** | | | $145,251.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**409 3rd St SW
Washington, DC 20416**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/21/2020**
**Last 4 digits of account number**
**7809**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien**

**Describe the lien**
**SBA Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Valley National Bank** | | | $26,605.00 | $20,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 953
Wayne, NJ 07474**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 Mercedes Sprinter Van VIN#W1Y4DCHY1MY045370**

**Describe the lien**
**Purchase Money Security**

---

Debtor   **Dealer Sales Solutions LLC**                                                                Case number (*if known*) _____
                Name

_____                      **Is the creditor an insider or related party?**
Creditor's email address, if known           ■ No
                                              ☐ Yes

**Date debt was incurred**                    **Is anyone else liable on this claim?**
**10/12/2021**                                ☐ No
                                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0157**
**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
                                              ☐ Unliquidated
☐ Yes. Specify each creditor,                 ☐ Disputed
including this creditor and its relative
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $326,045.82

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Daniel Rowland**<br>**4563 Judge Rd, Ste 100**<br>**Orlando, FL 32812** | Line  **2.5** | |

---

**Fill in this information to identify the case:**

Debtor name    **Dealer Sales Solutions LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**Philadelphia, PA 19255-0030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$99,016.00** | **$99,016.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Seminole County Tax Coll.**<br>**1101 E. First Street**<br>**Sanford, FL 32771** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$257.10** | **$257.10** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Dealer Sales Solutions LLC**
_____
Name

Case number *(if known)* _____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $378,183.11 |

**American Express**
PO Box 6031
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Credit card**

Last 4 digits of account number  **1034**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $417,827.30 |

**Beck Automotive**
256 Hwy 17 North
Palatka, FL 32177

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **5883**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,992.00 |

**Capital One**
PO Box 6031
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **3810**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,856.00 |

**Capital One**
PO Box 6031
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **3594**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134,467.53 |

**Coggin Deland Honda**
4365 River Green Parkway
Suite 100
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **7000**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,635.51 |

**Coggin Toyota at The Avenues**
11340 Phillips Highway
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **7595**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,661.61 |

**DHL eCommerce**
2700 South Commerce Parkway
Suite 300
Fort Lauderdale, FL 33331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **4421**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Dealer Sales Solutions LLC**
_____   Case number (if known) _____
        Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,667.49 |

**Gettel Porsche of Ocala**
**5959 State Road 64**
**Bradenton, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **7460**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,431.99 |

**Gettel VW of Ocala**
**5959 State Road 64**
**Bradenton, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **7460**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.98 |

**Lightspeed Solutions**
**135 Triple Diamond Road**
**Nokomis, FL 34275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,307.64 |

**Overall Parts Solutions, LLC**
PO Box 773042
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **1427**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.31 |

**PartsTrader LLC**
PO Box 87486
**Carol Stream, IL 60188-7486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number  **0198**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462,958.32 |

**Pro Billing Services LLC**
**1230 Oakes Blvd**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338,000.00 |

**Sellersfunding Corp**
**1290 Weston Rd #306**
**Fort Lauderdale, FL 33326**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2024**

Basis for the claim:  **MCA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Dealer Sales Solutions LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address

**Southeastern Honda - Melbourne**
3125 Dixie Highway SE
Palm Bay, FL 32905

Date(s) debt was incurred _

Last 4 digits of account number **1636**

As of the petition filing date, the claim is: *Check all that apply.*   **$5,582.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Sport Mazda North**
400 N US Highway 17/92
Longwood, FL 32750

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$31,030.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**Staples**
PO Box 105748
Atlanta, GA 30348-5748

Date(s) debt was incurred _

Last 4 digits of account number **4162**

As of the petition filing date, the claim is: *Check all that apply.*   **$24,818.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**Starling Chevrolet (GMSO)**
13155 S Orange Bloosom Trail
Orlando, FL 32837

Date(s) debt was incurred _

Last 4 digits of account number **LS01**

As of the petition filing date, the claim is: *Check all that apply.*   **$101,130.94**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**Starling Honda**
1400 S Washington Avenue
Titusville, FL 32780

Date(s) debt was incurred _

Last 4 digits of account number **7840**

As of the petition filing date, the claim is: *Check all that apply.*   **$43,940.30**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

**The Imported Car Store (BMW)**
1432 S Harbor City Blvd.
Melbourne, FL 32901

Date(s) debt was incurred _

Last 4 digits of account number **4509**

As of the petition filing date, the claim is: *Check all that apply.*   **$129,992.17**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

**Toyota of Orlando**
3575 S Vineland Road
Orlando, FL 32811

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$6,556.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Dealer Sales Solutions LLC**                              Case number (if known) _____
      Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,289.31 |
|---|---|---|---|

**Uline**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __trade debt__

Last 4 digits of account number __3010__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,011.98 |
|---|---|---|---|

**UniShippers**
751 North Drive
Suite 4
Melbourne, FL 32934

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __trade debt__

Last 4 digits of account number __3887__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,436.63 |
|---|---|---|---|

**US Pack Parts**
4563 Judge Raod
Suite 100
Orlando, FL 32812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __rent__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,193.32 |
|---|---|---|---|

**WHI Solutions, Inc.**
26534 Network Place
Chicago, IL 60673-1265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __trade debt__

Last 4 digits of account number __9544__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 99,273.10 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,465,285.93 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,564,559.03 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Dealer Sales Solutions LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **2024 Nissan Frontier VIN#1N6ED1CL0RN630426** | |
|---|---|---|---|
| | State the term remaining | **38 months** | **Ally Financial** |
| | List the contract number of any government contract | | **PO Box 8105** |
| | | | **Cockeysville, MD 21030** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **PAC Jacket Siemens Automated Packaging System w/Model 252 Label Applicator S/N: 1121016** | |
|---|---|---|---|
| | State the term remaining | **55 months** | **Regents Capital Corporation** |
| | List the contract number of any government contract | | **3200 Bristol Street** |
| | | | **Ste 400** |
| | | | **Costa Mesa, CA 92626** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **courier services distribution management agreement Term Ends: March 2027** | |
|---|---|---|---|
| | State the term remaining | | **USPack Parts, LLC** |
| | List the contract number of any government contract | | **4563 Judge Road** |
| | | | **Suite 100** |
| | | | **Orlando, FL 32812** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease on premises located at 4563 Judge Road, Ste 100, Orlando, FL 32811** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **USPack Parts, LLC** |
| | List the contract number of any government contract | | **4563 Judge Road** |
| | | | **Suite 100** |
| | | | **Orlando, FL 32812** |

| Debtor 1 | **Dealer Sales Solutions LLC** | | Case number (*if known*) |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name  **Dealer Sales Solutions LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Daniel Rowland** | **4563 Judge Rd, Ste 100 Orlando, FL 32812** | **First Horizon Bank** | ■ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Daniel Rowland** | **4563 Judge Rd, Ste 100 Orlando, FL 32812** | **Valley National Bank** | ■ D  **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Daniel Rowland** | **4563 Judge Rd, Ste 100 Orlando, FL 32812** | **American Express** | ☐ D _____ <br> ■ E/F  **3.1** <br> ☐ G _____ |
| 2.4 | **Daniel Rowland** | **4563 Judge Rd, Ste 100 Orlando, FL 32812** | **Capital One** | ☐ D _____ <br> ■ E/F  **3.3** <br> ☐ G _____ |
| 2.5 | **Daniel Rowland** | **4563 Judge Rd, Ste 100 Orlando, FL 32812** | **Capital One** | ☐ D _____ <br> ■ E/F  **3.4** <br> ☐ G _____ |

Case 6:24-bk-06734-GER    Doc 1    Filed 12/11/24    Page 29 of 43


| Debtor | **Dealer Sales Solutions LLC** | Case number *(if known)* | |
|---|---|---|---|

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Daniel Rowland | 4563 Judge Rd, Ste 100<br>Orlando, FL 32812 | Pro Billing Services LLC | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.7 | Daniel Rowland | 4563 Judge Rd, Ste 100<br>Orlando, FL 32812 | Ally Financial | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 2 of 2

**Fill in this information to identify the case:**

Debtor name      **Dealer Sales Solutions LLC**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $11,468,956.52 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $9,978,086.00 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $10,120,392.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Dealer Sales Solutions LLC**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **American Express**<br>PO Box 6031<br>Carol Stream, IL 60197 | 9/10/2024 -<br>12/09/2024 | $198,826.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2.  **Beck Automotive**<br>256 Hwy 17 North<br>Palatka, FL 32177 | 9/10/2024 -<br>12/09/2024 | $312,262.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.3.  **DHL eCommerce**<br>2700 South Commerce Parkway<br>Suite 300<br>Fort Lauderdale, FL 33331 | 9/10/2024 -<br>12/09/2024 | $69,981.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.4.  **The Imported Car Store (BMW)**<br>1432 S Harbor City Blvd.<br>Melbourne, FL 32901 | 9/10/2024 -<br>12/09/2024 | $81,195.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.5.  **Starling Automotive** | 9/10/2024 -<br>12/09/2024 | $104,282.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.6.  **US Pack Parts**<br>4563 Judge Raod<br>Suite 100<br>Orlando, FL 32812 | 9/10/2024 -<br>12/09/2024 | $20,800.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.7.  **Audi North Orlando**<br>139 N Oregon Street<br>Sanford, FL 32771 | 9/10/2024 -<br>12/09/2024 | $9,472.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.8.  **Auto Nations** | 9/10/2024 -<br>12/09/2024 | $108,036.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Debtor    **Dealer Sales Solutions LLC**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.  **Bob Rowland Inventory** | **9/10/2024 –<br>12/09/2024** | **$29,549.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.10.  **Fountain Auto Mall<br>8701 S Orange Blossom Trail<br>Orlando, FL 32809** | **9/10/2024 –<br>12/09/2024** | **$51,457.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.11.  **Orlando Infiniti<br>4237 Millenia Blvd.<br>Orlando, FL 32839** | **9/10/2024 –<br>12/09/2024** | **$20,120.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.12.  **Probilling** | **9/10/2024 –<br>12/09/2024** | **$51,632.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.13.  **SellerFi Automotive** | **9/10/2024 –<br>12/09/2024** | **$22,636.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.14.  **UPS** | **9/10/2024 –<br>12/09/2024** | **$61,703.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Daniel Rowland<br>4563 Judge Rd, Ste 100<br>Orlando, FL 32812<br>Managing Member** | **12/2023 to<br>12/2024** | **$203,567.00** | **Services provided** |

| Debtor | **Dealer Sales Solutions LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **FedEx Corporate Services Inc. vs. Dealer Sales Solutions**<br>**2024CC002957** | **Contract indebtedness** | **Seminole County Clerk of Court**<br>**Sanford, FL** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

Debtor    **Dealer Sales Solutions LLC**                                    Case number *(if known)*

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BransonLaw, PLLC 1501 E. Concord Street Orlando, FL 32803** | **Attorney Fees** | **2/25/2024 and 12/6/2024** | **$55,000.00** |
| | Email or website address **jeff@bransonlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **Dealer Sales Solutions LLC**  _____     Case number *(if known)* _____

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

        Name of plan                                                    Employer identification number of the plan
        **Dealer Sales Solutions LLC 401K Plan** _____     EIN:   **IRK139186**

        Has the plan been terminated?
        ■ No
        ☐ Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Truist**<br>**2300 E Colonial Drive**<br>**Orlando, FL 32803** | **XXXX-2561** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **12/02/2024** | **$0.00** |
| 18.2. | **Truist**<br>**2300 E Colonial Drive**<br>**Orlando, FL 32803** | **XXXX-2553** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **12/03/2024** | **$20.28** |
| 18.3. | **Truist**<br>**2300 E Colonial Drive**<br>**Orlando, FL 32803** | **XXXX-3215** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **12/02/2024** | **$0.00** |
| 18.4. | **Truist**<br>**2300 E Colonial Drive**<br>**Orlando, FL 32803** | **XXXX-5684** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **11/25/2024** | **$0.00** |

Debtor    **Dealer Sales Solutions LLC**                                Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.5. | **Truist** **2300 E Colonial Drive** **Orlando, FL 32803** | XXXX-5676 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 11/25/2024 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Dealer Sales Solutions LLC** **3241 Eagle View Cove** **Sanford, FL 32773** | **Daniel Rowland** | **misc. inventory** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

Debtor    **Dealer Sales Solutions LLC**                                    Case number *(if known)*

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **D.F. O'Brien & Co.**<br>**124 Little Falls Road, C-2**<br>**Fairfield, NJ 07004** | **2024 to present** |
| 26a.2. **Ruggiero, Martinez & Norton PA**<br>**1640 Lee Road**<br>**Weldon, NC 27890** | **2021 to 2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Dealer Sales Solutions LLC**<br>**4563 Judge Road**<br>**Ste 100**<br>**Orlando, FL 32812** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor  **Dealer Sales Solutions LLC** _____   Case number *(if known)* _____

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Rowland | 4563 Judge Rd, Ste 100 Orlando, FL 32812 | Managing Member | 100% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Daniel Rowland 4563 Judge Rd, Ste 100 Orlando, FL 32812 | $203,567.00 | 12/2023 to 12/2024 | Services provided |
| | Relationship to debtor Managing Member | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Dealer Sales Solutions LLC**                                                    Case number *(if known)*

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 11, 2024**

**/s/ Daniel A. Rowland**                                          **Daniel A. Rowland**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    __Dealer Sales Solutions LLC_____    Case No. _____

Debtor(s)    Chapter    __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel Rowland**<br>**4563 Judge Rd, Ste 100**<br>**Orlando, FL 32812** | **N/A** | **100%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __December 11, 2024_____    Signature    **/s/ Daniel A. Rowland**_____

**Daniel A. Rowland**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Middle District of Florida**

In re   **Dealer Sales Solutions LLC**                                   Case No.

                                        Debtor(s)              Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 11, 2024**                    **/s/ Daniel A. Rowland**

                                        **Daniel A. Rowland**/CEO
                                        Signer/Title

Dealer Sales Solutions LLC
3241 Eagle View Cove
Sanford, FL 32773

DHL eCommerce
2700 South Commerce Parkway
Suite 300
Fort Lauderdale, FL 33331

Regents Capital Corporation
PO Box 2146
Gig Harbor, WA 98335

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

First Horizon Bank
Medical District
918 S. Orange Avenue
Orlando, FL 32806

Regents Capital Corporation
3200 Bristol Street
Ste 400
Costa Mesa, CA 92626

Ally Financial
PO Box 8105
Cockeysville, MD 21030

Gettel Porsche of Ocala
5959 State Road 64
Bradenton, FL 34208

Sellersfunding Corp
1290 Weston Rd #306
Fort Lauderdale, FL 33326

American Express
PO Box 6031
Carol Stream, IL 60197

Gettel VW of Ocala
5959 State Road 64
Bradenton, FL 34208

Seminole County Tax Coll.
1101 E. First Street
Sanford, FL 32771

Beck Automotive
256 Hwy 17 North
Palatka, FL 32177

Internal Revenue Service
Philadelphia, PA 19255-0030

Southeastern Honda
 - Melbourne
3125 Dixie Highway SE
Palm Bay, FL 32905

Capital One
PO Box 6031
Carol Stream, IL 60197

Lightspeed Solutions
135 Triple Diamond Road
Nokomis, FL 34275

Sport Mazda North
400 N US Highway 17/92
Longwood, FL 32750

Coggin Deland Honda
4365 River Green Parkway
Suite 100
Duluth, GA 30096

Overall Parts Solutions, LLC
PO Box 773042
Detroit, MI 48277

Staples
PO Box 105748
Atlanta, GA 30348-5748

Coggin Toyota at The Avenues
11340 Phillips Highway
Jacksonville, FL 32256

PartsTrader LLC
PO Box 87486
Carol Stream, IL 60188-7486

Starling Chevrolet (GMSO)
13155 S Orange Bloosom Trail
Orlando, FL 32837

Daniel Rowland
4563 Judge Rd, Ste 100
Orlando, FL 32812

Pro Billing Services LLC
1230 Oakes Blvd
Naples, FL 34119

Starling Honda
1400 S Washington Avenue
Titusville, FL 32780

The Imported Car Store (BMW)
1432 S Harbor City Blvd.
Melbourne, FL 32901


Toyota of Orlando
3575 S Vineland Road
Orlando, FL 32811


U.S. Small Business Loan
409 3rd St SW
Washington, DC 20416


Uline
PO Box 88741
Chicago, IL 60680-1741


UniShippers
751 North Drive
Suite 4
Melbourne, FL 32934


US Pack Parts
4563 Judge Raod
Suite 100
Orlando, FL 32812


USPack Parts, LLC
4563 Judge Road
Suite 100
Orlando, FL 32812


Valley National Bank
P.O. Box 953
Wayne, NJ 07474


WHI Solutions, Inc.
26534 Network Place
Chicago, IL 60673-1265