**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:24-bk-06734-GER |
| | Chapter 11 |
| DEALER SALES SOLUTIONS LLC, | Subchapter V |
| | EIN: 45-3304358 |
| Debtor. | |
| _____/ | |

**CERTIFICATION OF NECESSITY OF**
**REQUEST FOR EMERGENCY HEARING**

**I HEREBY CERTIFY,** as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and Belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL**
Doc No. 5

**DEBTORS MOTION FOR AUTHORITY TO PAY A**
**AFFILIATE OFFICER AND INSIDER SALARIES AND REQUEST FOR**
**EMERGENCY HEARING**
Doc No. 6

**I CERTIFY FURTHER** that there is a true necessity for an emergency hearing on or before **December 17, 2024, specifically because the Debtor needs authority to use cash collateral and to authority to pay affiliate officer salaries.**

**I CERTIFY FURTHER** that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
Cole B. Branson

Florida Bar No.: 1049610
E-mail: *jeff@bransonlaw.com*
*cole@bransonlaw.com*
**BransonLaw, PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Attorneys for Debtor