UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE:<br>DEALER SALES SOLUTIONS LLC | CASE NO: 24-06734<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 22<br>Judge: Grace E. Robson |

On 12/20/2024, I did cause a copy of the following documents, described below,

Preeliminary Order Granting Motion by Debtor In Possession for Authority to Use Cash Collateral and Emergency Hearing Requested ECF Docket Reference No. 22

Preliminary Order Granting Debtor's Motion for Authority to Pay Affiliate Officer and Insider Salaries and Request for Emergency Heaqring on a Continued Basis through January 14, 2025; A Further Hearing on this Matter will be held on January 14, 2025 21

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/20/2024

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth  060769
Attorney for Debtor
BransonLaw, PLLC
1501 East Concord Street
Orlando, FL  32803
407 894 6834
amanda@bransonlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 24-06734 |
| DEALER SALES SOLUTIONS LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 22<br>Judge: Grace E. Robson |

On 12/20/2024, a copy of the following documents, described below,

Preeliminary Order Granting Motion by Debtor In Possession for Authority to Use Cash Collateral and Emergency Hearing Requested ECF Docket Reference No. 22

Preliminary Order Granting Debtor's Motion for Authority to Pay Affiliate Officer and Insider Salaries and Request for Emergency Heaqring on a Continued Basis through January 14, 2025; A Further Hearing on this Matter will be held on January 14, 2025 21

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/20/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 East Concord Street
Orlando, FL  32803

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A6<br>CASE 6-24-BK-06734-GER<br>MIDDLE DISTRICT OF FLORIDA<br>ORLANDO<br>FRI DEC 20 14-20-59 EST 2024 | DEALER SALES SOLUTIONS LLC<br>3241 EAGLE VIEW COVE<br>SANFORD FL 32773-6659 | SELLERSFUNDING INTERNATIONAL PORTFOLIO<br>LTD<br>CO MAURICE WUTSCHER LLP<br>23611 CHAGRIN BLVD SUITE 207<br>BEACHWOOD OH 44122-5540 |
| ALLY BANK<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | ALLY FINANCIAL<br>PO BOX 8105<br>COCKEYSVILLE MD 21030-8105 | AMERICAN EXPRESS<br>PO BOX 6031<br>CAROL STREAM IL 60197-6031 |
| BECK AUTOMOTIVE<br>256 HWY 17 NORTH<br>PALATKA FL 32177-9606 | CAPITAL ONE<br>PO BOX 6031<br>CAROL STREAM IL 60197-6031 | COGGIN DELAND HONDA<br>4365 RIVER GREEN PARKWAY<br>SUITE 100<br>DULUTH GA 30096-2572 |
| COGGIN TOYOTA AT THE AVENUES<br>11340 PHILLIPS HIGHWAY<br>JACKSONVILLE FL 32256-1543 | DHL ECOMMERCE<br>2700 SOUTH COMMERCE PARKWAY<br>SUITE 300<br>FORT LAUDERDALE FL 33331-3630 | DANIEL ROWLAND<br>4563 JUDGE RD STE 100<br>ORLANDO FL 32812-2913 |
| FIRST HORIZON BANK<br>MEDICAL DISTRICT<br>918 S ORANGE AVENUE<br>ORLANDO FL 32806-1213 | FLORIDA DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>POST OFFICE BOX 6668<br>TALLAHASSEE FL 32314-6668 | GETTEL PORSCHE OF OCALA<br>5959 STATE ROAD 64<br>BRADENTON FL 34208-6201 |
| GETTEL VW OF OCALA<br>5959 STATE ROAD 64<br>BRADENTON FL 34208-6201 | INTERNAL REVENUE SERVICE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | LIGHTSPEED SOLUTIONS<br>135 TRIPLE DIAMOND ROAD<br>NOKOMIS FL 34275-3632 |
| ORANGE COUNTY TAX COLLECTOR<br>PO BOX 545100<br>ORLANDO FL 32854-5100 | OVERALL PARTS SOLUTIONS LLC<br>PO BOX 773042<br>DETROIT MI 48277-3042 | PARTSTRADER LLC<br>PO BOX 87486<br>CAROL STREAM IL 60188-7486 |
| PRO BILLING SERVICES LLC<br>1230 OAKES BLVD<br>NAPLES FL 34119-1304 | REGENTS CAPITAL CORPORATION<br>3200 BRISTOL STREET<br>STE 400<br>COSTA MESA CA 92626-1800 | REGENTS CAPITAL CORPORATION<br>PO BOX 2146<br>GIG HARBOR WA 98335-4146 |
| (P)SELLERSFUNDING CORP D B A SELLERSFI<br>ATTN LEGAL<br>1290 WESTON ROAD<br>SUITE 306<br>**WESTON FL 33326-1973** | SEMINOLE COUNTY TAX COLL<br>1101 E FIRST STREET<br>SANFORD FL 32771-1468 | SOUTHEASTERN HONDA<br>MELBOURNE<br>3125 DIXIE HIGHWAY SE<br>PALM BAY FL 32905 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| SPORT MAZDA NORTH<br>400 N US HIGHWAY 1792<br>LONGWOOD FL 32750-4412 | (P)STAPLES BUSINESS ADVANTAGE THOMAS<br>RIGGLEMA<br>7 TECHNOLOGY CIRCLE<br>COLUMBIA SC 29203-9591 | STARLING CHEVROLET (GMSO)<br>13155 S ORANGE BLOOSOM TRAIL<br>ORLANDO FL 32837-6599 |
| STARLING HONDA<br>1400 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780-4253 | THE IMPORTED CAR STORE (BMW)<br>1432 S HARBOR CITY BLVD<br>MELBOURNE FL 32901-3211 | TOYOTA OF ORLANDO<br>3575 S VINELAND ROAD<br>ORLANDO FL 32811-6435 |
| US SMALL BUSINESS LOAN<br>409 3RD ST SW<br>WASHINGTON DC 20416-0002 | USPACK PARTS LLC<br>4563 JUDGE ROAD<br>SUITE 100<br>ORLANDO FL 32812-2913 | ULINE<br>PO BOX 88741<br>CHICAGO IL 60680-1741 |
| UNISHIPPERS<br>751 NORTH DRIVE<br>SUITE 4<br>MELBOURNE FL 32934-9289 | (P)VALLEY NATIONAL BANK<br>ATTN ATTN ADRIANA KYNAST<br>1720 ROUTE 23 NORTH<br>WAYNE NJ 07470-8448 | WHI SOLUTIONS INC<br>26534 NETWORK PLACE<br>CHICAGO IL 60673-1265 |