**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 6:24-bk-06734-GER** |
| | **Chapter 11** |
| **DEALER SALES SOLUTIONS LLC,** | **Subchapter V** |
| | **EIN:  45-3304358** |
| Debtor. | |
| _____/ | |

## PROOF OF SERVICE

      I HEREBY CERTIFY that on this 3rd day of January 2025 a true and correct copy of the Order Granting Motion for Approval of Stipulation for Adequate Protection to Creditor, SellersFunding Corp. (Doc. 28) has been provided electronically through the Court's CM/ECF filing system to all registered recipients; via e-mail to counsel for SellersFunding: Hector E. Lora, Esquire, 174 NE 106th St, Miami Shores, FL 33138-2037, hlora@mauricewutscher.com; Alan C. Hochheiser, Esquire, 23611 Chagrin Blvd. Suite 207 Beachwood, Ohio 44122, ahochheiser@mauricewutscher.com; and via U.S. Mail to the following:

U.S. Trustee
400 W. Washington Street, Suite #1100
Orlando, FL  32801

Dealer Sales Solutions LLC
3241 Eagle View Cove
Sanford, FL  32773

                                                */s/ Jeffrey S. Ainsworth*
                                                JEFFREY S. AINSWORTH
                                                Florida Bar No. 60769
                                                JACOB D. FLENTKE
                                                Flentke Legal Consulting, PLLC, Of Counsel
                                                Florida Bar No. 25482
                                                **BransonLaw, PLLC**
                                                1501 E. Concord St.
                                                Orlando, FL  32803
                                                    Phone:  407-894-6834
                                                    Fax:  407-894-8559
                                                    E-mail:  jeff@bransonlaw.com
                                                                   jacob@bransonlaw.com
                                                                   jacob@flentkelegal.com
                                                Attorneys for Debtor